UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MESHACH VALLADE,

                              Plaintiff,

                                                                                                       DECISION AND ORDER
                           v.                                                               12-CV-00231A(M)

SGT. DINO, et al.,

                              Defendants.

---

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 17, 2015, Magistrate Judge McCarthy filed a Report and Recommendation (Dkt. No. 49), recommending that plaintiff's remaining claims be dismissed, with prejudice.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, plaintiff's remaining claims are dismissed, with prejudice.

The Clerk of Court shall take all steps necessary to close the case.

IT IS SO ORDERED.

          ___*Richard J. Arcara*___
          HONORABLE RICHARD J. ARCARA
          UNITED STATES DISTRICT COURT

Dated:   April 19, 2015